# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Patricia Hernandez-Olivares, | **NO. CV-26-01980-PHX-KML (JFM)** |
| Petitioner, | |
| v. | **JUDGMENT IN A CIVIL CASE** |
| Pamela Bondi, et al., | |
| Respondents. | |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that, pursuant to the Court's Order filed April 3, 2026, Petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 is granted. Judgment is entered in favor of Petitioner and this action is hereby dismissed.

Debra D. Lucas
District Court Executive/Clerk of Court

April 3, 2026

s/ K. Gray
By   Deputy Clerk